■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RACHEL E. RAMIREZ, Appellant. [944 NYS2d 712]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered February 4, 2011. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMIE L. SIMMONS, Appellant. [944 NYS2d 712]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered October 30, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.